No. 95–8521. LEWIS v. CENTURY MORTGAGE CO. ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–8524. DAVIS v. THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 95–8525. GARCIA v. RIVERDALE PLATING & HEAT TREATING CO. C. A. 7th Cir. Certiorari denied.

No. 95–8533. DEDES v. PAGE ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8535. MUKHERJEE v. SHERATON-PALACE HOTEL. C. A. 9th Cir. Certiorari denied.

No. 95–8538. BARKETT v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–8539. PEARSON v. PADOVANO, CHIEF JUDGE, CIRCUIT COURT OF FLORIDA, LEON COUNTY. Sup. Ct. Fla. Certiorari denied.

No. 95–8559. WRIGHT v. REICH, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 95–8573. REYNOLDS v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 95–8578. MANGRUM v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 95–8594. BLASSINGAME v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–8632. OSBORNE ET AL. v. FIRST FEDERAL SAVINGS BANK. Sup. Ct. Del. Certiorari denied.

No. 95–8655. BRUNSTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8658. GEERY v. SHELLEY SCHOOL DISTRICT. Sup. Ct. Idaho. Certiorari denied.